# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-1063__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Penny Browning, Plaintiff__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

__Sprague W. Hazard__         __304-345-1700__
Name (printed or typed)        Voice Phone

__The Bell Law Firm, PLLC__   __304-345-1715__
Firm Name (if applicable)      Fax Number

__30 Capitol Street__

__Charleston, WV 25301__       __swhazard@belllaw.com__
Address                        E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __02/14/2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

John A. Woodcock
U.S. Dept. of Justice
Civil Division of Torts Branch
Ben Franklin Station
P.O. Box 888
Washington, DC 20044-0000

_____    __2/14/2014__
Signature                                  Date

11/17/2011
SCC